

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CASE NO. 9:05-CR-18** |
| § | |
| **KRYSTAL ANN SCOTT,** § | |
| a/k/a Krystal A. West § | |

### MEMORANDUM ORDER
### ADOPTING FINDINGS OF FACT AND RECOMMENDATION
### ON DEFENDANT'S GUILTY PLEA

By order, the undersigned referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #21]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the undersigned finally adjudge Defendant as guilty on **Count II** of the charging **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is accordingly **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #21] of the United States Magistrate Judge are **ADOPTED.** Defendant's guilty plea and the plea agreement are conditionally **ACCEPTED** by the Court at this time.

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Krystal Scott, shall be adjudged as guilty on **Count II** of the charging **Indictment**, charging violations of Title 18, United States Code, Section 666(a)(1)(A), conditioned upon the Court's final acceptance of the guilty plea and plea agreement at sentencing.

So **ORDERED** and **SIGNED** this **23** day of **August, 2005.**

_____
Ron Clark, United States District Judge